HAWLEY TROXELL ENNIS & HAWLEY LLP
D. John Ashby, ISB No. 7228
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  (208) 344-6000
Facsimile:   (208) 954-5200
Email: jashby@hawleytroxell.com

SEYFARTH SHAW LLP
Michael J. Burns, admitted *pro hac vice*
E-mail:  mburns@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:      (415) 397-2823
Facsimile:       (415) 397-8549

SEYFARTH SHAW LLP
Jill C. Taylor, admitted *pro hac vice*
E-mail:  jctaylor@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone:      (312) 460-5000
Facsimile:       (312) 460-7000

Attorneys for Defendant
SEARS, ROEBUCK AND CO.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ALFONSO LONGORIA,<br><br>    Plaintiff,<br><br>    v.<br><br>SEARS, ROEBUCK AND CO.,<br><br>    Defendant. | Case No. 4:18-cv-00082-BLW<br><br>**NOTICE OF SUGGESTION OF BANKRUPTCY** |

PLEASE TAKE NOTICE, that on October 15, 2018 (the "Petition Date"), Sears,

Roebuck and Co.; Sears Holdings Corporation; Kmart Holding Corporation; Kmart Operations

LLC; Sears Operations LLC; ServiceLive, Inc.; A&E Factory Service, LLC; A&E Home

Delivery, LLC; A&E Lawn & Garden, LLC; A&E Signature Service, LLC; FBA Holdings Inc.;

Innovel Solutions, Inc.; Kmart Corporation; MaxServ, Inc.; Private Brands, Ltd.; Sears Development Co.; Sears Holdings Management Corporation; Sears Home & Business Franchises, Inc.; Sears Home Improvement Products, Inc.; Sears Insurance Services, L.L.C.; Sears Procurement Services, Inc.; Sears Protection Company; Sears Protection Company (PR) Inc.; Sears Roebuck Acceptance Corp.; Sears, Roebuck De Puerto Rico, Inc.; SYW Relay LLC; Wally Labs LLC; Big Beaver of Florida Development, LLC; California Builder Appliances, Inc.; Florida Builder Appliances, Inc.; KBL Holding Inc.; KLC, Inc.; Kmart of Michigan, Inc.; Kmart of Washington LLC; Kmart Stores of Illinois LLC; Kmart Stores of Texas LLC; MyGofer LLC; Sears Brands Business Unit Corporation; Sears Holdings Publishing Company, LLC; Sears Protection Company (Florida), L.L.C.; SHC Desert Springs, LLC; SOE, Inc.; StarWest, LLC; STI Merchandising, Inc.; Troy Coolidge No. 13, LLC; BlueLight.com, Inc.; Sears Brands, L.L.C.; Sears Buying Services, Inc.; Kmart.com LLC; and Sears Brand Management Corporation (collectively "Sears"), filed voluntary petitions for relief under Chapter 11 of title 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 through 1330, *as amended* (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

PLEASE BE ADVISED that the lead bankruptcy case, which is styled *In re Sears, Roebuck and Co.* and is assigned Case Number 18-23537 (the "Bankruptcy Case"), is pending before the Honorable Robert D. Drain, United States Bankruptcy Judge.

PLEASE BE FURTHER ADVISED that pursuant to section 362(a) of the Bankruptcy Code (the "Automatic Stay"), the filing of a bankruptcy petition "operates as a stay, applicable to all entities," of "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against Sears that was or could have been commenced before the commencement of the case under the Bankruptcy Code,

or to recover a claim against Sears that arose before the commencement of the bankruptcy case" and of "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate." 11 U.S.C. §§ 362(a)(1) & 362(a)(3).

PLEASE BE FURTHER ADVISED that any action taken against Sears without obtaining relief from the Automatic Stay from the Bankruptcy Court may be void and may result in a finding of contempt for violation of the Automatic Stay.  Sears reserves and retains its statutory right to seek relief in the Bankruptcy Court from any judgment, order, or ruling entered in violation of the Automatic Stay.

If the Court or any parties have questions about the Bankruptcy Cases or this notice, bankruptcy counsel for Sears can be contacted as follows:

Jacqueline Marcus
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153
Phone:  (212) 310-8000
Fax:  (212) 310-8007
Email:  jacqueline.marcus@weil.com

DATED: October 15, 2018                SEYFARTH SHAW LLP


By: /s/ Michael J. Burns
   Michael J. Burns
   Jill C. Taylor
   Attorneys for Defendant
   SEARS, ROEBUCK AND CO.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ALFONSO LONGORIA,<br><br>       Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK AND CO.,<br><br>       Defendant. | Case No. 4:18-cv-00082-BLW |

### CERTIFICATE OF SERVICE

I certify that on October 15, 2018, a true and correct copy of the foregoing **NOTICE OF SUGGESTION OF BANKRUPTCY** was served by electronic means and by regular mail addressed to the following attorneys of record:

DeAnne Casperson, Esq.
Amanda E. Ulrich, Esq.
Holden, Kidwell, Hahn & Crapo, P.L.L.C.
1000 Riverwalk Drive, Suite 200
Idaho Falls, ID 83405
dcasperson@holdenlegal.com
aulrich@holdenlegal.com

              /s/ Michael J. Burns
              Michael J. Burns