UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ALFONSO LONGORIA,<br><br>Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK AND CO.,<br><br>Defendant. | Case No. 4:18-cv-00082-BLW<br><br>**ORDER ADMINISTRATIVELY TERMINATING CASE** |

Plaintiff filed this action over five years ago, in February 2018. In October 2018, Defendant Sears, Roebuck and Co. notified the Court that it had filed a Chapter 11 bankruptcy petition. Since that time, there has been no activity in this case. In January 2023, Defendant filed a status report along with a request to administratively close this case, in light of the injunction provided for within Defendant's bankruptcy plan. *See* Dkt. 19. Defendant represents that closing this action "will not impair the right of plaintiff(s) with respect to any allowed proofs of claim that have been filed in the bankruptcy cases." *Id.* ¶ 5. Plaintiff has not responded to the status report, and, therefore, has not indicated that he objects to Defendant's request to administratively close this case. Accordingly,

ORDER - 1

# ORDER

**IT IS ORDERED that** the Clerk is directed to administratively terminate this case.

DATED: May 16, 2023

B. Lynn Winmill
United States District Judge